THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* BIRD, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Guayama in a Prosecution for Aggravated Assault and Battery.

No. 849.—Decided June 28, 1915.

AGGRAVATED ASSAULT AND BATTERY—CONTRADICTORY EVIDENCE.—The evidence in this case being contradictory and there being absolutely nothing in the record to show passion, prejudice, or partiality, abuse of discretion or manifest error on the part of the trial judge in weighing the evidence, the judgment appealed from should be affirmed.

The facts are stated in the opinion.

*Mr. Jacinto Texidor* for the appellant.

*Mr. Salvador Mestre, fiscal,* for The People.

MR. JUSTICE HUTCHISON delivered the opinion of the court.

Defendant, appellant, was found guilty by the Guayama District Court of aggravated assault and battery. Witnesses for the prosecution testified that the offense was committed within the house of a private family and witnesses for the defense insisted that when the blow was struck the parties were standing facing each other, defendant upon the sidewalk and the person assaulted in the doorway of his residence.

It is not claimed that the penalty imposed is excessive viewed as a punishment for aggravated assault but it is urged that the court erred in finding the facts as related by witnesses for the prosecution. The judgment shows that the court did act upon the testimony of these witnesses, there being no evidence of any aggravating circumstance other than the alleged invasion of the dwelling-house; but there is absolutely nothing in the record suggestive of partiality, passion or prejudice.

In addition to the contradiction of the witnesses for the prosecution by other eye-witnesses for the defense, there is some further conflict as to certain minor details in the testimony accepted as true by the court below, but the record offers no ground upon which we could possibly justify the adoption of appellant's theory as to abuse of discretion or manifest error upon the part of the trial judge in weighing the evidence *pro* and *con.*

The judgment must be

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro and Aldrey concurred.